USCA1 Opinion

 

 September 12, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1492 UNITED STATES, Appellee v. JORGE BAEZ-ORTEGA, A/K/A JOSE REYNOSO, A/K/A JUAN CARLOS RAMOS, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Benicio Sanchez Rivera, Federal Public Defender for the District ______________________ of Puerto Rico, and Gustavo A. Gelpi, Assistant Federal Public __________________ Defendant, on brief for appellant. Guillermo Gil, United States Attorney, and Joseph J. Frattallone, _____________ ______________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. The defendant-appellant, Jorge Baez- __________ Ortega, appeals his conviction for illegal entry of a deported alien under 8 U.S.C. 1326(b)(2). He claims that he did not validly waive his right to appeal the underlying deportation order. After carefully reviewing the parties' briefs and the entire record, and for substantially the reasons set forth in the district court opinion, see United ___ ______ States v. Baez-Ortega, 906 F.Supp. 740 (D.P.R. 1995), we ______ ___________ affirm. Affirmed. See Loc. R. 27.1. ________ ___ -2-